JAMES T. HANNINK (131747)
jhannink@sdlaw.com
ZACH P. DOSTART (255071)
zdostart@sdlaw.com
DOSTART HANNINK LLP
4225 Executive Square, Suite 600
La Jolla, California 92037-1484
Tel: 858-623-4200
Fax: 858-623-4299
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ANTONIO FERNANDEZ, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

AVANQUEST NORTH AMERICA LLC, a California limited liability company; and DOES 1-50, inclusive,

Defendants,

and

AVANQUEST SOFTWARE SAS, a French company,

Intervenor-Defendant.

CASE NO. 2:24-cv-08620-MRA-MAR

**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO REMAND**

Date: January 27, 2025
Time: 1:30 p.m.
Ctrm.: 10B
Judge: Hon. Mónica Ramírez Almadani

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on January 27, 2025, in Courtroom 10B of the above-entitled Court, located at the First Street United States Courthouse, 350 W. First Street, Los Angeles, California 90012, plaintiff Antonio Fernandez ("Plaintiff") will and hereby does move the Court for an order remanding this action to the Superior Court of California, County of Los Angeles.

This motion is based on the ground that there is no federal equitable jurisdiction over this action, and upon the further ground that there is no Article III standing for injunctive relief. Remand is the appropriate procedural response because this case was removed from state court in the first instance, and there are no non-equitable claims to be adjudicated. Alternatively, should the Court determine for any reason that remand is not available, then on these same grounds the action should be dismissed without prejudice to refiling in state court.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on October 21, 2024.

This motion is based on this Notice, the supporting Memorandum of Points and Authorities filed herewith, the pleadings and papers on file in this action, and on any argument or evidence as may be presented at any hearing on this motion.

A proposed order is being lodged with the Court.

Dated: November 5, 2024 DOSTART HANNINK LLP

/s/ Zach P. Dostart
ZACH P. DOSTART
Attorneys for Plaintiff

1019747